Steven F. Werth (CA Bar No. 205434)
  *steven.werth@gmlaw.com*
**Greenspoon Marder LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.617.5210
Facsimile: 954.771.9264

Attorneys for Howard M. Ehrenberg,
Chapter 7 Trustee



FILED & ENTERED

AUG 23 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:22-bk-12904-SK |
| 626 HOSPICE, INC., | Chapter 7 |
| Debtor. | Adversary No.: 2:24-ap-01102-SK |
| HOWARD M. EHRENBERG, Chapter 7 Trustee, | **ORDER DENYING NATASHA GILL'S MOTION TO SET ASIDE DEFAULT** |
| Plaintiff, | [Relates to Adv. Docket No. 22] |
| vs. | Date: August 21, 2024<br>Time: 9:00 a.m.<br>Place: Courtroom 1575<br>255 East Temple Street<br>Los Angeles, CA 90012<br>Hon. Sandra R. Klein |
| NATASHA GILL, | |
| Defendant. | |

v

On July 30, 2024, defendant Natasha Gill filed her "Notice Of Motion And Defendant's Motion To Set Aside Default Pursuant To Fed.R.Civ.P. 55(c)" (Docket No. 22, the "Motion").  The Motion came on regularly for a hearing ("Hearing") before the above-captioned Court on August 21, 2024, at 9:00 a.m., the Honorable Sandra R. Klein, United States Bankruptcy Judge, presiding.  Steven F. Werth, Esq. appeared on behalf of Howard M. Ehrenberg, the chapter 7 trustee of 626 Hospice, Inc. ("Trustee").  Michael J. Berger, Esq. appeared on behalf of Natasha Gill.  The Trustee appeared on behalf of himself.  There were no other appearances.

The Court has considered the Motion, the attached Memorandum of Points and Authorities, the declarations and exhibits attached to the Motion, the Trustee's opposition to the Motion filed on August 7, 2024 (Docket No. 27, the "Opposition"), Natasha Gill's reply to the Opposition filed on August 14, 2024 (Docket No. 28, the "Reply"), and the arguments and statements made by counsel at the Hearing.

For the reasons stated on the record at the Hearing, the Motion is denied.

**IT IS SO ORDERED.**

###

Date: August 23, 2024

Sandra R. Klein
United States Bankruptcy Judge

v    1