U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Howard M. Ehrenberg, Chapter 7 Trustee for 626 Hospice, Inc. | Adv. Case No. 2:24-ap-01102-WB |
| DEFENDANT | TYPE OF PROCESS |
| Natasha Gill | Writ of Execution (Bank Levy) |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Bank of America, N.A.
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
468 N. Beverly Drive, Beverly Hills, CA 90210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Shantal Malmed, Esq.: Greenspoon Marder, LLP, 1875 Century Park East, Suite 1900, Los Angeles, CA 90067

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
Best time to serve Bank of America: 10:00 a.m. - 4:00 p.m.; Phone: (310) 777-2746

FILED SEP 19 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: (323) 880-4520
DATE: 8/14/2025

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process:
District of Origin No. 12
District to Serve No. 12
Signature of Authorized USMS Deputy or Clerk
Date:

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Danier Habib, VP Financial Manager
Date: 9/3/25   Time: 11:30 [X] am [ ] pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

-Service Fee: 65.00
-Total Mileage Charge: _____
(including endeavors)
-Forwarding Charge: _____
-Total Charge: _____

Form USM-285
Rev. 03/21