| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steve Burnell (CA Bar No. 286557)<br>  *steve.burnell@gmlaw.com*<br>Shantal Malmed (CA Bar No. 351496)<br>  *shantal.malmed@gmlaw.com*<br>**GREENSPOON MARDER LLP**<br>1875 Century Park East, Suite 1900<br>Los Angeles, California 90067<br>Telephone: 213.626.2311<br>Facsimile: 954.771.9264<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Howard M. Ehrenberg,* Ch 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>626 HOSPICE, INC.,<br><br>              Debtor.<br><br>---<br><br>HOWARD M. EHRENBERG, Chapter 7 Trustee,<br><br>              Plaintiff,<br><br>      vs.<br><br>NATASHA GILL, an individual,<br><br>              Defendant. | Case No. 2:22-bk-12904-WB<br><br>Chapter 7<br><br>Adv. Case No. 2:24-ap-01102-WB<br><br><br>**NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (title of motion[1]):<br>Trustee's Motion Requesting Extension Of Time Of Defendant's Judgment Debtor Exam<br><br>[Dkt No. 65] |

PLEASE TAKE NOTE that the order or judgment titled **ORDER GRANTING TRUSTEE'S MOTION TO EXTEND TIME OF DEFENDANT'S JUDGMENT DEBTOR EXAM** was lodged on October 3, 2025 and is attached. This order relates to the motion which is docket number  55 .

---

[1] Please abbreviate if title cannot fit into text field

CC 62316265v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 Page 1        **F 9021-1.2.ADV.NOTICE.LODGMENT**

 **Adversary LODGED ORDER UPLOAD FORM**

Friday, October 03, 2025

Upload Again

CONFIRMATION :

You've successfully uploaded the order:
( **11333682.docx** )
A new order has been added

- **Office**:  Los Angeles
- **Case Title**:  Ehrenberg, Chapter 7 Trustee v. GILL
- **Case Number**:  24-01102
- **Judge Initial**:  WB
- **Case Type**:  ap ( Adversary )
- **Document Number**:  55
- **On Date**:  10/03/2025 @ 04:31 PM

Please print 🖨 this confirmation for future reference.

Thank You!

United States Bankruptcy Court,  Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012

Steve Burnell (CA Bar No. 286557)
  *steve.burnell@gmlaw.com*
Shantal Malmed (CA Bar No. 351496)
  *shantal.malmed@gmlaw.com*
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Howard M. Ehrenberg, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:22-bk-12904-WB |
| 626 HOSPICE, INC., | Chapter 7 |
|         Debtor. | Adv. Case No. 2:24-ap-01102-WB |
| HOWARD M. EHRENBERG, Chapter 7 Trustee, | **PROPOSED ORDER GRANTING TRUSTEE'S MOTION TO EXTEND TIME OF DEFENDANT'S JUDGMENT DEBTOR EXAM** |
|         Plaintiff, | |
|    vs. | [Relates to Dkt. No. 55] |
| NATASHA GILL, an individual, | |
|         Defendant. | |

The Court, having considered the "Trustee's Motion Requesting Extension of Defendant's Judgment Debtor Exam" (the "Motion") [Docket No. 55] filed by plaintiff, Howard M. Ehrenberg, the duly appointed, qualified, and acting Chapter 7 Trustee ("Plaintiff") for the bankruptcy estate of 626 Hospice, Inc. ("Debtor"), and having determined that notice is proper, and for good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.    The date of the Judgment Debtor Exam shall be extended from November 14, 2025 at 10:00 am to either (i) November 19, 2025, (ii) November 25, 2025, or (iii) November 26, 2025.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 3, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Howard M Ehrenberg (TR)**   ehrenbergtrustee@gmlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com
- **Shantal Malmed**   shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Steven Werth**   steven.werth@gmlaw.com, swerth@ecf.courtdrive.com;hannah.richmond@saul.com;pdillamar@ecf.courtdrive.com,Karen.Files@gmlaw.com;patricia.dillamar@gmlaw.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 3, 2025 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CC 62316265v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**